FILED

10/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0422

STATE OF MONTANA,

        Plaintiff and Appellee,

vs.

JUSTIN DOUGLAS DELANEY,

        Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 27, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 20 2023